■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD BROOKS, Appellant. [953 NYS2d 891]—Appeal by the defendant from a judgment of the County Court, Suffolk County (J. Doyle, J.), rendered September 13, 2011, convicting him of criminal possession of a controlled substance in the fourth

degree, loitering in the first degree, and unlawful possession of marijuana, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Angiolillo, J.P., Balkin, Austin and Miller, JJ., concur.